IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFICA BEAUTY, LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-00166<br>Erie Division<br><br>LEAD CASE |
| ROBERT JAHODA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CURRENT MEDIA GROUP, LLC<br>LILLIAN VERNON, LLC.<br><br>　　　　Defendant. | Case No. 2:20-cv-01007<br>Pittsburgh Division<br><br>MEMBER CASE |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismiss his claims against the Defendant, Current Media Group, LLC. with prejudice.

Respectfully submitted,

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on September 22, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
     R. Bruce Carlson